UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOHN F. KENDLE,

    **Plaintiff,**

    v.

WHIG ENTERPRISES, LLC, et al.,

    **Defendants.**

**Case No. 2:15-cv-1295**
**JUDGE GREGORY L. FROST**
**Magistrate Judge Norah McCann King**

## ORDER

In light of the filing of Plaintiff's amended complaint (ECF No. 10), the pending motion to dismiss (ECF No. 7) is moot. The Court therefore **DIRECTS** the Clerk to terminate this motion on the docket as moot.

**IT IS SO ORDERED**.

    **/s/ Gregory L. Frost**
    **GREGORY L. FROST**
    **UNITED STATES DISTRICT JUDGE**