IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JOHN F. KENDLE,**

      **Plaintiff,**

                                        **Civil Action 2:15-cv-1295**
   **v.**                                       **Judge George C. Smith**
                                          **Magistrate Judge Jolson**

**WHIG ENTERPRISES,
LLC, et al.,**

      **Defendants.**

## **ORDER**

This matter is before the Court on James E. Arnold & Associates, LPA, James E. Arnold, and Alvin E. Mathew Jr., Counsel for Plaintiff's, Motion for Leave to File An Affidavit *In Camera* and Under Seal. (Doc. 157). Specifically, Plaintiff's counsel seeks leave to file the appropriate affidavit supporting its motion to withdraw as counsel—which will be filed once this Motion is ruled upon—*in camera* and under seal to avoid "publicly fil[ing] any document that presents a risk of disclosing confidential information." (*Id.* at 1).

For good cause shown, the Motion is **GRANTED in part**. Plaintiff's counsel is directed to submit the affidavit supporting its motion to withdraw to the undersigned via email (jolson_chambers@ohsd.uscourts.gov) for *in camera* review. Following its review, the Court will rule on the portion of the Motion seeking leave to file under seal.

IT IS SO ORDERED.

Date: December 11, 2017                          /s/ Kimberly A. Jolson
                                                 KIMBERLY A. JOLSON
                                                 UNITED STATES MAGISTRATE JUDGE